

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

The court has reviewed the motions filed by appellant on May 12, 2015, which she styled as follows: "Notice of Motion for Spousal Maintenance," "Motion for Void on the Agreement for Final Divorce Signed on Oct 30, 2013 by Judge Canales," and "Motion for Counsel Joseph Appelt Malpractice Insurance." We **ORDER** that the motions be **DENIED**.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court